UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LAWNICKI, and
SANDRA LAWNICKI

    Plaintiffs,

-vs-

Case No. 10-10297
Hon: AVERN COHN

PAUL VANDERHOOF,
RYDER TRUCK RENTAL, INC., and
RSJ SERVICES, INC.

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO AMEND AFFIRMATIVE DEFENSES[1]

This is a tort case. Plaintiffs are suing defendants claiming negligence resulting from an automobile accident in which plaintiffs suffered injuries.

Before the Court is defendants' motion to amend their affirmative defenses. Plaintiffs have not responded.[2] The Court has reviewed defendants' motion and finds it to be well-taken. See Fed. R. Civ. P. 15(a); Foman v. Davis, 371 U.S. 178 (1962). Accordingly, the motion is GRANTED.

SO ORDERED.

Dated: August 17, 2010

    S/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 17, 2010, by electronic and/or ordinary mail.

    S/Deborah R. Tofil
    Relief Case Manager, (313) 234-5160

---

[1] Although this motion was originally scheduled for hearing, the Court deems it appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f)(2).

[2] A Notice of Motion Hearing was sent to all counsel on July 15, 2010, stating that a response was due by July 23, 2010. To date, no response has been filed.